UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIRENA REVELS, | ) |
| | ) CASE NO. C2:14-CV-0322-TSZ-JLW |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER REVERSING |
| | ) COMMISSIONER AND REMANDING |
| CAROLYN W. COLVIN, Acting | ) WITH INSTRUCTIONS |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg.   It is therefore ORDERED:

I.     The Court adopts the Report and Recommendation. On remand, the ALJ should:

Assess all of Dr. Sytman's opinions, including his RFC assessments from March 2011 and September 2011, along with all other relevant evidence in the record.   Then, the ALJ must make a new determination as to Plaintiff's RFC, and, if necessary, obtain new testimony from a Vocational Expert, and re-determine Plaintiff's eligibility for benefits; and

II.     The Court REVERSES the decision of the Commissioner; and

ORDER REVERSING COMMISSIONER
PAGE -1

01   III.   The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

02

03   DATED this 7th day of January, 2015.

04

05                                                          *Thomas S. Zilly*
                                                            ─────────────────────
06                                                          THOMAS S. ZILLY
                                                            United States District Judge

ORDER REVERSING COMMISSIONER
PAGE -2